

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Daniel A. Loveland, Jr.*
*Assistant United States Attorney*
*Daniel.Loveland2@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4973*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

June 29, 2021

Dear Honorable Judge Gallagher:

*Re:* Sentencing, *United States v. Jeffrey White* (21-21-SAG)

     A sentence of 151 months incarceration followed by a 20 year term of supervised release is the appropriate sentence for Jeffrey White. White is a reoffender who was previously convicted in 2014 of possession of over 10,000 images of child pornography. His short period of incarceration, supervised probation, and his entrance onto the Maryland Sex Offender Registry did not deter White from doing the same thing again.

     In this case, White again was caught possessing a vast library of brutal child pornography. White used the BitTorrent Network to download, distribute and possess Child Pornography. He encrypted his laptop which contained 7,000 unique images and more than 240 unique videos of child pornography. Disturbingly, White also possessed a child-sized sex doll in his residence. The doll was a reproduction of the lower half of a child, consistent in size with that of a 3 or 4 year old, and including functional anal and vaginal openings.

     Considering the seriousness of White's conduct and criminal history, a 151 month sentence and 20 year term of supervised release is appropriate. While a 151 month sentence is at the top of the agreed upon guidelines range, it is below the 15 year mandatory minimum for distribution of child pornography as a repeat offender, a crime that White has agreed that he committed in this case.

**I. The Sentencing Guidelines.**

     The government agrees with the Presentence Investigation Report that White's final offense score is 30 and that he has a criminal history category of III. His guidelines range is therefore 121 to 151 months. Notably, White stipulated that in addition to possessing child pornography, he distributed it. A conviction for distribution of child

pornography would have required a 15 year (180 month) mandatory minimum sentence and would have resulted in a final offense score of 34, rather than 30.  *Compare* U.S.S.G. § 2G2.2(a)(1) with § 2G2.2(a)(2).  In that instance, his guidelines range would have been 188 to 235 months.

**II. The Offense Conduct.**

Beginning at least on April 14, 2020 and continuing through July 2020, White began using the internet to access, receive, distribute, and possess child pornography. Specifically, White used BitTorrent software to access the BitTorrent network to trade child pornography.

During April 2020, investigators from the Frederick County Sherriff's Office (FCSO) determined that a device using an IP address associated with White's name and address was making available for download files known to contain child pornography. On at least three separate dates, investigators were able to establish 20 direct connections with a device using White's IP address and download and view known files of child pornography. For example, on April 14, 2020, investigators were able to directly download from White's IP address the following video, among others:

| File Name: | Description: |
|---|---|
| Youngvideomodels - I04n - Irina l 2yo (nude).avi - video. | Color video approximately 1 hour and 39 seconds in length, opens with title, "irina #4 12 years old". The video is of a pubescent female, approximately 12 years old, with short brown hair and glasses. She is on a wooden chair, naked, in front of a wall with a large daisy on it. The video is incomplete and jumps around. At approximately 5 minutes in, the camera focuses on her vagina, which is exposed while she is sitting on the chair with her legs open. Her vagina is the focus of the video several times as she moves around from pose to pose. At approximately 22 minutes and 31 seconds into the video, the girl uses her hands to spread apart her labia. |

On July 6, 2020, investigators from the FCSO and the Federal Bureau of Investigation (FBI) executed a search warrant on White's residence in Woodsboro, Maryland.  Investigators seized evidence, including White's laptop.  White was given a *Miranda* advisement, and questioned by investigators.  With full knowledge of his

*Miranda* rights, White voluntarily made statements to investigators. White claimed not to have knowledge about child pornography or BitTorrent, he stated that the HP Probook 650GT was his laptop, and that no one else had access to it. The laptop was encrypted and he denied knowing how to access it.

During the search of White's residence, a child-sized sex doll was located. The "doll" consisted only of the lower parts of a body, below the torso, and the size was similar to that of a 3 or 4 year old and included both a functional anal and vaginal opening. One redacted image of the doll is below. The law enforcement official's hand in a black glove provides some perspective as to the relative size of the doll.



Another image of the doll, below, shows how the "body" of the doll was positioned and angled.



Investigators were able to decrypt the HP Probook 650 GT and forensically examined its hard drive. Recovered from the laptop were over 7,000 unique images and more than 240 unique videos constituting child pornography. The child pornography images were created as early as 2017, but were most recently accessed on July 4, 2020—just two days prior to the search warrant. There were approximately 235 files "created" on April 14-16, 2020. The most recent images (created date) were from May 18, 2020. Some of the child pornography found on the HP Probook 650 GT were similar to those that had been downloaded from White's IP address by investigators, including child pornography videos from the known "Irina" series. There were many thousands more files of child erotica that did not constitute child pornography. Some additional examples of the child pornography recovered from the HP Probook 650 GT are below.

| File Name: | Description: |
|---|---|
| The Kiddles Movie 5b.wmv | Color and black and white video approximately 36 min 37 sec in length. Video is a collage of scenes showing images and videos of females ranging in age from toddler to preteen |

|  | dressed in various erotic outfits. At approximately 16 minutes 19 seconds, an image of a 3-5 y/o female wearing no pants with her legs opened and her vagina exposed appears quickly. From that point forward the collage of images and videos changes to nude girls of varying prepubescent ages, involved in various sexual acts, to include fellatio, digital penetration and vaginal intercourse. Throughout the video are scenes from the Wizard of Oz and A Midsummer Night's Dream 1935 'Titania, Queen of the Fairies' and other movies. |
|---|---|
| Tara 8Yr -Ass to mouth- February 6Th 2007.wmv | Color video approximately 12 min 17 sec in length. Video opens with a title, "Tara 8 years old 'Ass to Mouth' … her daddy really treats her like a total fucking whore!" The video depicts a prepubescent female (7-9 y/o) wearing a yellow feather mask performing fellatio on an adult male. The girl then lies on her back, on a bed, and the male anally rapes her. She then goes back to performing fellatio on him. The girl then gets back on the bed, on all fours, and the male anally rapes her. She goes back to performing fellatio. The male then uses a phallic shaped object to penetrate her anally. The girl bends forward, spreading her buttocks apart showing her opened anus to the camera. The video ends with the male ejaculating into her mouth and the closing credit, "starring 8 year old Tara filmed February 6th, 2007." |
| 10yo Lili get fucked.mp4 | Color video approximately 37 min 39 sec in length. Video depicts a prepubescent female (approximately 8-10 y/o) sitting in a chair using a phallic shaped object to suck on and caress her body with. The girl then performs fellatio on an adult male. The girl then sits on the man's penis and he digitally penetrates her. She fondles his penis and then straddles him and he rubs his penis on her vagina and rapes her. The man performs cunnilingus on the girl and the video ends with him ejaculating on her face. |
| 1416376000364.jpg | Color image of a prepubescent female wearing a pink and white striped shirt and no bottoms. She appears to be sleeping and there is a "Winnie the Pooh" stuffed animal beside her. The girl is being anally raped by an adult male. |

In addition to locating child pornography and child erotica, a forensic evaluation of the laptop showed that White had been using BitTorrent software to download, distribute, and access child pornography.

### III. The Impact on the Victims.

Trafficking child pornography results in permanent injury for victims because of the pervasive and public nature of the internet and the perpetual harm caused by the continuous viewing of the exploitive material. Each time an image is viewed or distributed, these children are re-victimized. Victims cannot escape their past trauma, as they are forced to live with the knowledge that strangers online are taking pleasure in viewing what is often the most traumatic and devastating experience of their lives.

White's conduct is much more egregious than many child exploitation cases. He collected and distributed a huge number of images and videos depicting child exploitation. His "library" contained thousands of images and over 200 videos. And much of the child pornography that White possessed, such as some of the examples above, were of the very worst kinds, including incredibly young children under 5; incest; and anal, vaginal, and oral rape. By collecting a vast library of this abuse, and distributing it to others, White significantly contributed to the cycle of re-victimization.

### IV. A Sentence of 151 months in Prison and 20 Years of Supervised Release is Appropriate.

White's timely acceptance, and criminal history that does not include hands on abuse, makes the disposition of the case to possession, rather than distribution, appropriate. Despite stipulating to distribution, White faces a ten year, not a fifteen year, mandatory minimum. And the government is seeking a sentence significantly below what would have been the mandatory minimum. But a 151 month sentence at the top of the guidelines is needed in this case. The conduct is too egregious, and the need for deterrence too great, for a lesser sentence.

White possessed thousands of child pornography files. He used BitTorrent to download them, and to make them available to others.

All this happened after he was convicted for essentially the same conduct in state court in 2014. Just as in this case, his vast child pornography collection included content demonstrating a sexual interest in incredibly young children, including files titled, "Pthc-

9yo Linda Takes Dad Up Ass and Sucks his cum and Swallows.mpg" and "bathtime with daddy 3yo girl." PSR Paragraph 38. In that case, he received a lenient, all-suspended five year sentence. *Id*. Plainly, White was given a generous second chance to reform and avoid prison time. But he refused to comply with supervision and the court's orders, including by using social media accounts, failing to report, failing to abide by his curfew, going to a daycare facility, and traveling interstate. *Id*.

Based on his refusal to respect the court's supervision, including in potentially dangerous ways involving improper use of the internet and being in locations where young children were, his probation was revoked and he was given a sentence of 18 months imprisonment, about a year after his original sentencing date. *Id*. He was released to probation supervision less than a year later in August 2016. *Id*. And then he did it all again.

White's disrespect for the rule of law demonstrates a particular need for specific and general deterrence. Not only did he reoffend, but he showed no respect for the court or his probation officers. He needs a severe sentence to understand that his conduct will not be tolerated. The community needs to know that reoffenders are given significant sentences.

And White's possession of a child size sex doll is not just disturbing, it represents an escalation beyond trading in child pornography. He sought out and purchased a physical representation of a child for his sexual urges. All this after he'd been caught, convicted, and had his probation revoked. This criminal history suggests that White is a danger to the community, both in terms of trading child pornography and for an escalation to hands-on abuse.

As this Court knows, child pornography offenses are not merely voyeuristic. The files that White possessed demonstrate a sexual interest in children, and a sexual attraction to physically and emotionally harming children—permanently. With thousands of images and over 200 videos, White's conduct contributed significantly to the marketplace of abuse. More so than most defendants. White, like others with whom he traded, created the direct incentive for criminals to rape children, record it, and trade it with others. Victims are forced to live with the constant knowledge that the worst moments of their lives, often involving sexual abuse at the hands of what should be a trusted adult, are functionally preserved forever so that other criminals can enjoy the abuse. Complete closure, and complete healing, are not possible for many victims.

A 151 month sentence and 20 years of supervised release is appropriate in this case.

        Respectfully submitted,

        Jonathan F. Lenzner
        Acting United States Attorney

        _____/s/_____
By:   Daniel A. Loveland, Jr.
        Assistant United States Attorney
        Joyce King
        Special Assistant United States Attorney